Sitting'down 052179
Name and Prisoner/Booking Number

Central Arizona Correctional Facility
Place of Confinement

P.O. Box 9600  Box 747  3D 21
Mailing Address

Florence, Arizona 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 28 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Sitting'down
(Full Name of Plaintiff)        Plaintiff,

vs.

(1) Charles L. Ryan
(Full Name of Defendant)

(2) "and others"

(3) _____

(4) _____
                    Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-13-01082-PHX-SRB (BSB)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
Jury Trial Demanded
☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Central Arizona Correctional Facility Florence, Arizona

**550/555**

Page 1-A   Defendants

2. Jane Doe #1  Registered Nurse for CHC
3. Amber Norton Registered Nurse for CHC Administrator
4. Jane Doe #2  Registered Nurse for CHC
5. Lauren Glassey Nurse Practitioner for CHC
6. Jane Doe #3 Registered Nurse for CHC
7. Muhammed Haleem Doctor for CHC
8. John Gay Warden of Prison MTO for The Geo Group Inc.
9. PNA old medical subcontractor from May to Dec. 2012
10. CHC New medical subcontractor
11. Tanya Schell Registered Nurse old Administrator for PNA

## B. DEFENDANTS

1. Name of first Defendant: <u>Charles L. Ryan</u>. The first Defendant is employed as:
   <u>Director of Arizona Department of Correction</u> at <u>(ADOC) Central Office Phoenix, Az.</u>
   (Position and Title) (Institution)

2. Name of second Defendant: <u>Jane Doe #1</u>. The second Defendant is employed as:
   <u>Nurse / Registered Nurse</u> at <u>MTO Private Prison CACF/Geo Group Inc.</u>
   (Position and Title) (Institution)

3. Name of third Defendant: <u>Jane Doe #2</u>. The third Defendant is employed as:
   <u>Nurse / Registered Nurse</u> at <u>MTO Private Prison CACF/Geo Group Inc.</u>
   (Position and Title) (Institution)

4. Name of fourth Defendant: <u>Amber Norton</u>. The fourth Defendant is employed as:
   <u>Administrator / Health Services Administrator</u> at <u>MTO Private Prison CACF/Geo Group Inc.</u>
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. Defendants   Page 2A

5. Name of Fifth Defendant: <u>Jane Doe #3</u>. The Fifth Defendant is employed as:
<u>Nurse/Registered Nurse</u> at <u>M70 Private Prison CACF/The Geo Group Inc.</u>
Position and Title                    Institution

6. Name of sixth Defendant: <u>Lauren Glassey</u> The sixth Defendant is employed as:
<u>Nurse Practitioner/Health Care Provider</u> at <u>M70 Private Prison CACF/The Geo Group Inc.</u>
Position and Title                    Institution

7. Name of seventh Defendant: <u>Tanya Schell</u> The seventh Defendant is employed as:
<u>Administrator/Health Services Administrator</u> at <u>M70 Private Prison CACF/The Geo Group Inc.</u>
Position and Title                    Institution

8. Name of eighth Defendant: <u>Muhammed Haleem</u> The eighth Defendant is employed as:
<u>Doctor/Health Care Provider</u> at <u>M70 Private Prison CACF/The Geo Group Inc.</u>
Position and Title                    Institution

9. Name of Nineth Defendant: <u>John Gay</u> The nineth Defendant is employed as:
<u>Warden</u> at <u>M70 Private Prison CACF/The Geo Group Inc.</u>
Position and Title                    Institution

10. Name of tenth Defendant: <u>The Geo Group Inc.</u> The tenth Defendant is employed as:
<u>Private Contracter</u> at <u>M70 Private Prison CACF/The Geo Group Inc.</u>
Position and Title                    Institution

11. Name of eleventh Defendant: <u>PNA</u> The eleventh Defendant is employed as:
<u>Medical/subcontracter</u> at <u>M70 Private Prison CACF/The Geo Group Inc.</u>
Position and Title                    Institution

<u>B. Defendants  Page 2 B</u>

12  <u>Name of twelfth Defendant</u>: <u>CHC</u>  The twelfth Defendant is employed as:
<u>Medical / subcontractor</u>      at   <u>MTC Private Prison CACF/The Geo Group Inc.</u>
<u>Position and Titel</u>                          <u>Institution</u>

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Eighth Amendment__.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 12, 2012 Jane Doe #1 violated my Eighth Amendment Right, and was deliberately indifferent to my serious medical need for treatment of a groin rash at age 76. A rash that Jane Doe herself said was very bad, yet she made no attempt to confer with the nurse practitioner or the doctor on my behalf for much needed treatment. This was a violation of her perfession A.R.S. 32-1601 Definitions, 16. "Unprofessional conduct" (d) Any conduct or practice that is or might be harmful or dangerous to the health of a patient. (g) Willfully or repeatedly violating a provision of this chapter or a rule adopted pursuant to this chapter. R4-19-403 A. (1) "Failure to maintain professional boundaries" means any conduct or behavior of a nurse that regardless of the nurse's intention, is likely to lessen the benefit of care to a patient. She showed no remorse for the anguish caused by her inactions. Because of Jane Doe's Unprofessional conduct I have filed a complaint with the Arizona Board of Nursing. Jane Doe #1 made sure that I wasn't treated for my rash on May 12, 2012. Jane Doe #1's practises violated Az. Department of Corrections policies, Department Orders 1101 and 1117. She was deliberately indifferent to my medical needs. I'm suing Jane Doe #1 in her individual and official capacities.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Jane Doe #1 allowed my rash to spread to my legs, back, neck, arms and chest in four days, because of her inaction. I feel her inactions contributed to my passing out at work on 5-20-2012 from the heat, sun, stress brought on by the rash.

5. **Administrative Remedies:**
   - a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Case # M70-028-012  Case # M70-043-012  ☒ Yes  ☐ No
   - b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   - c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   - d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Lauren Glassey, Nurse Practitioner, violated my Eighth Amendment Rights and was deliberately indifferent to my medical needs when she saw me on June 2, 2012 and refused to examine me for passing out. Lauren Glassey claimed it was the Doctors responsibility not her's. She, Lauren Glassey, denied me adequate medical care by not examining me from passing out and was deliberately indifferent when she didn't refer me to the Doctor the very person she claimed was responsible for examining inmates that passout. Lauren Glassey violated my Eighth Amendment Rights when she refused to examine my rash on June 2, 2012 claiming that she remembered what it looked like from May 16, 2012 when she diagnosed my rash as an allergic reaction to something that covered most of my body. Lauren Glassey had an obligation to examine me to see if the medications she prescribed was working. She was deliberately harsh to my medical needs, causing me a great deal of torment, why I don't know. Lauren Glassey denied me the minimal care that's mandatory for her profession, standards set by the Arizona Board of Nursing. I have filed a complaint against Lauren Glassey with the Arizona Board of Nursing for her unprofessional conduct towards me. On Aug. 1, 2012 Lauren Glassey ended the medication without any follow up, my rash was as bad on Aug. 1 as May 16 no difference, Lauren Glassey was deliberately indifferent to my three month old rash, and my 76 year old body. On Aug. 21, 2012 Lauren Glassey issued me one longsleeve shirt to protect my body, I ask her what about the hat, she replied with a smirk on her face, "grieve it." Lauren Glassey's practises violated Az. Department of Corrections policies, Department Orders 1101 and 1117, she was deliberately indifferent to me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Lauren Glassey's inactions caused me to suffer for 3 months while she treated a wrong diagnosis, I feel she helped contribute to my collapse on the yard Jan. 22, 2013 and my medical records don't lie. I'm suing Lauren Glassey in her individual and official capacities.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Case# M70-028-012  Case# M70-043-012    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts..** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Nurse Jane Doe #2, Amber Norten RN, and nurse Jane Doe #3 violated my Eighth Amendment Rights when they ignored their professional obligation towards me as their patient. Nurse Jane Doe #2 violated my Eighth Amendment Rights when she read my HNR on May 21, 2012 and didn't immediately call me in to asses whether the fall was serious or not, her inactions are a violation of her profession and was deliberately indifferent to my serious medical need at 76 years old. Amber Norten RN violated my Eighth Amendment Rights when she read my inmate letter dated May 21, 2012 on May 22, 2012 and ignored the fact that I passed out. Amber Norten was deliberately indifferent to my serious medical need at age 76, her obligation was to care for her patient, she violated the laws and rules of her profession and I file a complaint with the Az. Board of Nursing against Amber Norten RN, for these inactions. Nurse Jane Doe #3 violated my Eighth Amendment Rights when she called me into medical on May 31, 2012 to look at my rash only, she refused to address the issue of my passing out at age 76. Jane Doe #3 violated the laws and rules of her profession and because of that I filed a complaint against Jane Doe #3 for her inactions. She had an obligation to her patient, Jane Doe #3 was deliberately indifferent to my serious medical need ate age 76. I'm suing all three defendants in their individual and offical capacities. All three's practises violate D.O. 1101 and 1117.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Nurses Jane Doe #2, Amber Norten and Jane Doe #3 cause my suffering to keep going until June 2, 2012, when Nurse Practitioner Lauren Glossey treated me. I believe all three nurses helped contribute to my collapse on the yard Jan. 22, 2013 my medical records is proof.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Case# M70-028-012  Case# M70-043-012  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

# COUNT 4

1. State the constitutional or other federal civil right that was violated: _Eighth Amendment_

2. Count 4  Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___

3. Supporting Facts. State as briefly as possible the FACTS supporting Count 4. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. I'm suing Tanya Schell in her individual and official capacities Tanya Schell RN violated my Eighth Amendment Rights when she allowed her nurses to perform unprofessionally and be deliberately indifferent to my medical needs. Tanya Schell RN was the Medical Administrator at the time, has allowed her nurses too perform way below nursing standards and because of that, I have had to suffer waiting for medicines for over a week. I am still being denied adequate medical care for my rash, first I was diagnose with a bad allergy, then tinea a skin rash, then I was overdose on medication that caused the rash to worsen. My point is that Tanya Schell RN Administrator had an obligation to report any incompetent medical personnel, the Arizona Board of Nursing requires that. Tanya Schell had policies and practices of deficiencies to providing me with adequate medical care, and are deliberately indifferent to the fact that the systemic failures to do so has resulted in significant injury and a substantial risk of serious harm. On May 20, 2012 I put in a HNR Health Needs Request for more medicine I didn't get it tell June 2, 2012 13 days for medicine already prescribed, this was the standards set by Tanya Schell RN Administrator, for medications prescribe me. On Aug. 6, 2012 the doctor prescribe medications for me to pick up after dinner, the nurse at the pill window said "no medications for a Sittingdown at this time," the same scenario twice a day until Aug. 15, 2012 that morning at 06:30 no medicine, yet at 09:00 when I came in to see the doctor my medicine was there. The actions of the medical staff are deliberately indifferent, my medical file proves this.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Tanya's policies and practices contributed to my passing-out on May 20, 2012 and collapsing on the yard Jan. 22, 2013. Tanya's inability to order medications or supervise her nurses caused me months of anguish, and 10 months later I'm still suffering from a Rash, at age 77 this is not right.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Case # M70-028-012  Case # M70-043-012    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 4?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 4 to the highest level?    ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___

5A

## COUNT 5

1. State the constitutional or other federal civil right that was violated: **Eighth Amendment**

2. Count 5 Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count 5. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Aug. 6, 2012 Dr. Haleem violated my Eighth Amendment Rights and was deliberately indifferent to my serious medical need for help when he ignored the unprofessional conduct of the nurses and the nurse practitioner and in doing so violated the laws and rules of the medical profession and that is one of the reasons I submitted a complaint against Dr. Haleem with the Arizona Medical Board. Dr. Haleem's laid-back attitude is why he overdosed me on Diflugan a very powerful medicine that he said he was reluctant in prescribing me because of my age, 76 at the time, this occurred on or around September 2012, my medical records well prove all these issues. Dr. Haleem's follow-ups were to far apart which was the cause for my overdose, and upon notification to the doctor, he simply told the nurse practitioner to take me off the Diflugan and he would see me on Monday. Two weeks plus later he called me in, only to find the rash had worsened from the overdose. The Dr. inactions were deliberately indifferent to the pain he was putting me through. On or around March 25, 2013 Dr. Haleem told me he had no clue on how to cure my rash, 7 months later and all that suffering he finely said he was going to try and get me approved through (ADOC) Arizona Department of Corrections to see a specialist. I'm suing Dr. Haleem in his individual and offical capacities. Dr. Haleem's practises violated the Department of Corrections policies, Department Orders 1101 and 1117.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   Dr. Haleem has an obligation by law to his patient that he ignored, and by doing so caused 7 months of pain and suffering. Dr. Haleem's inaction contributed to my collapse on Jan. 22, 2013 and being sent to the hospital. Under the laws of his profession he was obligated to report the unprofessional conduct.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Case# M70-028-012  Case# M70-043-012 ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 5? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 5 to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5 B

## COUNT 6

1. State the constitutional or other federal civil right that was violated: _Eighth Amendment Right_

2. Count 6  Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count 6. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My Eighth Amendment Rights were violated when Warden John Gay and The Geo Group Inc. allowed the medical unit to operate below ADOC policies and the standards set by the Az. Medical Board and the Az. Board of Nursing, known as unprofessional conduct. Warden Gay and The Geo Group Inc. lackadaisical attitude towards the medical units unprofessional conduct has caused the delays in medical treatment and prescribed medicines. On Aug. 22, 2012 medical was still trying to cure my rash and I asked Warden Gay to help me before they kill me. Warden Gay had the Assistant Warden handle a few of my issues and then dropped it with no further follow-ups to ensure medical stayed with in policies. The fact that my rash had lasted over three months and scabies was everywhere showed deliberate indifference to my serious need for medical help. I completed two grievances in hopes that the Warden John Gay and The Geo Group Inc. would end the insane practices of the medical unit. On May 20, 2012 I put in an HNR Health Needs Request asking for a longsleeve shirt to protect my upper body rash from the sun and a hat that would protect my 76 year old head from the sun and that I passed out on the yard, medical refused to examine me for passing-out till June 14, 2012 almost a month later when all the bruises from the fall had healed. Warden Gay and The Geo Group Inc. made no attempt to correct the medical units lack of concern, their inaction was deliberately indifferent to my serious need for medical help. I'm suing Warden John Gay and The Geo Group Inc. in their individual and offical capacities.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Case #M70-028-012  Case #M70-043-012   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 6?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 6 to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

## COUNT 7

1. State the constitutional or other federal civil right that was violated: _Fourteenth Amendment_

2. Count 7  Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Discrimination_

3. Supporting Facts. State as briefly as possible the FACTS supporting Count 7. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Warden John Gay and The Geo Group Inc. violated my Fourteenth Amendment Rights when they allowed medical to deny me adequate protection from the sun, and give that very protection I asked for and was willing to pay for to other inmates, such as Jeff Graham maintenance worker, James Marshal and more. Warden John Gay and The Geo Group were deliberately indifferent to my serious need for protection from the sun. I had already passed-out once on May 20, 2012 and collapsed in Jan. 2013 do to the sun and heat, yet Warden John Gay and The Geo Group Inc. allowed the conduct of medical. I am suing Warden John Gay and The Geo Group Inc in thier individual and offical capacities. Warden Gay and The Geo Group Inc's practises have violated the Az. Department of Corrections polises, Department Order 1101 and 117.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

Warden John Gay and The Geo Group Inc. have taken the same policies and practises as the ones mentioned in Parsons V. Ryan, and this is why I am being denied adequate protection from the sun, and because of that I passed-out May 20, 2012 and collapsed in Jan. 2013 and went to the Hospital

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? case# M70-028-012   case# M70-043-012    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 7?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 7 to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5D

## COUNT 8

1. State the constitutional or other federal civil right that was violated: Eighth Amendment and Fourteenth Amendment Rights.

2. Count 8  Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count 8. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   P.N.A. the medical subcontractor from May 2012 to Dec. or Jan. 2012 or 2013, and C.H.C. the medical subcontractor from Jan. or Feb. 2013 to present has violated my Eighth and Fourteeth Amendment Rights, and were deliberately indifferent to my serious need for medical help. Both subcontractors allowed the very conduct that's being decided now in the Federal District Court, Parsons V. Ryan. The Medical Unit has been trying to cure my rash now for 11 months, with no cure. Both subcontractors allowed their medical unit to deny me adequate clothing to protect my rash from the sun, their policies and practices has caused my pain and suffering for eleven months, and by denying me the protection I needed from the sun, yet giving that very protection to inmate Jeff Grahm who is half my age, and James Marshal who got to pick from 4 different hats, the very protection they denied me. Both subcontractors violated the Arizona Constitution section 36 and my Fourteenth Amendment Rights by discriminating against me, I have gone through the grievance procedure twice in an effort to resolve my issues with the medical subcontractors, and I am into a third medical grievance against the medical unit. I am suing PNA and CHC in their individual and offical capacities. Both subcontractors practises violated the Az. Department of Corrections polises, Department Orders 1101 and 1117.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   PNA's policies and practices caused my passing-out and collapse, they also caused at least 7 months of pain and suffering. CHC's policies and practices has caused my pain and suffering from Jan. to present with no end in sight.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Case# M70-028-012  Case# M70-043-012   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 8?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 8 to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT 9

1. State the constitutional or other federal civil right that was violated: _Eighth and Fourteenth Amendment Rights_.

2. Count 9 Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count 9. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Director Charles L. Ryan violated my Eighth and Fourteenth Amendment Rights when he ignored my grievances submitted between May and Dec. 2012 which informed him that the Geo Group Inc. was allowing their medical subcontractor to violate medical standards set by the Medical Board and Nursing Board. Director Charles L. Ryan was deliberately indifferent to my serious medical need. He acknowledged a simple Jock itch yet it took medical 11 months before saying I don't know how to cure it. Director Charles L. Ryan has allowed the same conduct as in Parsons v. Ryan with the medical unit on prison M70a privately run prison. Director Ryan allowed Geo to list me on the AIMS file as caucasion when I'm Native American, this is disrespectful, and discriminating. I am suing Charles L. Ryan in his individual and offical capacities.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Director Charles L. Ryan's inactions to my plea for help, because of Mr. Ryan's policies and practices I had to suffer for 11 months plus, at age 77 this is inhumane.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Case# M70-028-012 Case# M70-043-012 ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 9? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 9 to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5F

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Declaratory relief and Nominal damages
injunctive relief
amount to be determined by the Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF PLAINTIFF

William B. Lewis
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.